UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**RUSSELL HENRY, ET AL.** : **CIVIL ACTION NO. 2:17-cv-0380**

**VERSUS** : **UNASSIGNED DUTY JUDGE**

**SUNSHINE FREIGHT INC., ET AL.** : **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 31] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 21] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 27th day of September, 2018.

_____
**TERRY A DOUGHTY**
**UNITED STATES DISTRICT JUDGE**