UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RUSSELL HENRY, ET AL | : | CIVIL ACTION NO. 2:17-380 |
| VERSUS | : | JUDGE SUMMERHAYS |
| SUNSHINE FREIGHT, INC., ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 34] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Motion Summary Judgment [doc. 28] be **GRANTED** finding that Defendant, Reinaldo P. Quintanilla, was solely at fault for causing the accident, that he was in the course and scope of his employment with defendant, Sunrise Freight, Inc. at the time of the accident, and that he was a permissive driver under the National Specialty Insurance Policy at the time of the accident.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 24th day of October, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE